UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------X

UNITED STATES OF AMERICA

-against-

Lamont Martin

Defendant

-------------------------------------X

26 Cr. 432-4 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include mental health evaluation/treatment as directed by Pretrial Services.

Dated: New York, New York
November 13, 2026

SO ORDERED:

RONNIE ABRAMS
United States District Judge